AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.
Ronnie Lawson

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-049 (CKK)

I, Ronnie Lawson, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 20, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant (Ronnie Lawson)

_____
Counsel for Defendant (Sharen Moore)

Before _____
Judicial Officer (Colleen Kollar-Kotelly)