IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 07-49 |
| v. | MAGISTRATE NO.: 07-012m |
| RONALD J. LAWSON | VIOLATIONS: |
| Defendant | 18 U.S.C. § 2113(a) (Bank Robbery; Attempt Bank Robbery) |

### FACTUAL PROFFER
### IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about January 9, 2007, defendant Ronald J. Lawson robbed the Citibank located at 3917 Minnesota Avenue, N.E. and that on or about January 17, 2007, he attempted to rob the same bank.

January 9, 2007 Bank Robbery

On January 9, 2007 at approximately 2:22 p.m., defendant, RONNIE JEROME LAWSON, entered the Citibank located at 3917 Minnesota Avenue NE, Washington D.C. 20016, and asked the teller at counter #3 if he could open an account. The defendant was told to wait in the lobby until a representative was available to assist him. After waiting several minutes, defendant stood up and walked up to teller #1 who also advised him to wait in the lobby for a representative.

Defendant sat down briefly and thereafter stood in the teller line until teller #2 was available. Defendant then presented the victim teller at counter #2 with two business cards (to simulate two forms of identification) and a demand note with the following writing on it: "**$2500.00 dollars in cash, $20 dollar bills only or someone behind me dies...and no dye packs** ." In addition, the

defendant on at least one occasion implied that he had a weapon by placing his right hand into his jacket. The defendant did not make any verbal contact with teller #2, the victim teller.

The victim teller first removed a total 53 $20 dollar bills from his top drawer and placed it into an electronic money counter. After realizing that this amount did not meet the demand of $2500.00, the victim teller removed a strap of $20 dollar bills totaling $2,000.00 from his bottom drawer and gave it to the defendant for a total of $3,060. No bait money or dye pack were given to the defendant. The defendant then fled the bank on foot toward an adjacent shopping center in an unknown direction.

<u>January 17, 2007 Attempted Bank Robbery</u>

On January 17, 2007, the defendant returned to the Citibank located at 3917 Minnesota Avenue, NE, Washington, D.C. 20016. Upon entering the bank he walked to the window of teller #4 and handed the teller a note which read **"$20,000 cash or someone dies and return the note."** Within seconds, the silent Bank alarm was activated, and members of the Sixth District Metropolitan Police Department arrived shortly thereafter and detained the defendant. After the defendant was identified by five of the six bank tellers who were present at the previous bank robbery as the person who had robbed the bank on January 9, 2007, he was placed under arrest.

In a subsequent videotaped statement which he gave after being advised of his <u>Miranda</u> rights, the defendant admitted that he had robbed the Citibank on January 9, 2007 and that he had attempted to rob the same bank on January 17, 2007.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to this offense . The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to

2

the offense of Bank Robbery in violation of 18 U.S.C. § 2113(a).

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498610

By: _____
DEBRA L. LONG-DOYLE
Assistant United States Attorney
D.C. Bar Number 362518
Federal Major Crimes Section
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 305-0634
Debra.Long-Doyle@USDOJ.Gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney, Sean Moore. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

March 20, 2007                                   _____
Date                                             Ronald J. Lawson

### Defense Counsel's Acknowledgment

I am Ronald J. Lawson's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

March 20, 2007                                   _____
Date                                             Sean Moore, Esquire