IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | Cr. No. 07-0049 (CKK) |
| V. ) | |
| ) | |
| **RONALD J. LAWSON** ) | |

### DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

I.    BACKGROUND

Defendant Ronald Lawson will appear before the Court for sentencing on June 21, 2007. On March 20, 2007, Mr. Lawson entered a plea of guilty to bank robbery pursuant to an information filed on March 2, 2007. Count two of the information, alleging attempt bank robbery, will be dismissed at sentencing. Mr. Lawson was presented on January 19, 2007; he has been held without bond since that initial appearance.

The stipulated proffer in this matter indicates that on January 9, 2007, Mr. Lawson entered the Citibank at 3917 Minnesota Avenue, NE, and asked the teller if he could open an account. Shortly thereafter, he approached another teller and presented two business cards and a note demanding $2500 in twenties with no dye packs. A verbal threat to the effect that someone would die if his demand was not met was uttered. The money was provided and Mr. Lawson left the bank with the money.

Mr. Lawson was arrested on January 17 after returning to the same bank that he had robbed on January 9 and attempting another robbery pursuant to a note.

II.    §3553 FACTORS

The Probation Office has determined that Mr. Lawson's base offense level is 21, factoring

acceptance of responsibility, and that his criminal history is category V; this calculation results in a guidelines range of 57 to 71 months. The defense does not contest this calculation.

No one downplays the seriousness of this offense. We would note, however that there is no indication that a weapon was present on either occasion, and no one was physically harmed. Indeed the act of returning, undisguised to the same bank eight days after the initial robbery suggests a haplessness or misplaced hubris rather than any skill. Mr. Lawson has indicated that he wanted to be apprehended, as he was broke and homeless.

Although as indicated, Mr. Lawson's criminal history is category V, his prior offenses appear more petty than felonious. It appears from his sister's comments and his own that substance abuse contributes to his transient lifestyle and his current homelessness. What sentence the Court imposes, it is clear that he needs substance abuse treatment.

Clearly, Mr. Lawson will not be walking out of court as a free man after his sentencing. However, this offense is atypical for him and may well be his first felony offense. He has also indicated serious remorse for his offense.

Any prior record is of course of some significance; however Mr. Lawson's is certainly not the most serious that we see. Any sentence in this guideline range is substantial, and we would submit that there are no aggravating factors warranting a mid to high guideline sentence.

For the foregoing reasons, and any others that may appear to the Court, counsel and Mr. Lawson request a sentence at the lower end of the guidelines applicable to this case..

                                    Respectfully submitted,

                                    A.J. Kramer

                Federal Public Defender

By: _____/s/_____
      Shawn Moore
      Assistant Federal Public Defender
      Attorney for Ronald Lawson
      DC Bar #214171
      625 Indiana Avenue, NW #550
      Washington, DC 20004
      202/208-7500
      Fax/501-3829 or 208-7515