HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-Cr-049</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| LAWSON, Ronald J. | : | Disclosure Date: <u>May 16, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     6-1-07
Prosecuting Attorney                Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____     _____  _____
Defendant        Date              Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 30, 2007</u>, to U.S. Probation Officer <u>Kathie McGill</u>, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                   Page 2

¶ 4: Pursuant to the plea agreement, the defendant should get a 3 level adjustment for Acceptance of Responsibility. At the time of sentencing, the government will file a written motion for the additional 1 level adjustment.

¶25: For the above reason, there should be a 3 level adjustment for Acceptance of Responsibility.

¶ 26: In accordance with the above calculation, the total offense level should be 21, instead of 22.

Signed by: _____
AUSA

Date:        June 1, 2007