UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**RONALD JEROME LAWSON,**

Defendant.

Criminal Action No. **07cr049**
(CKK)

## ORDER

This case is before the Court upon the receipt of a Report and Recommendation [24] dated May 11, 2012, from Magistrate Judge Deborah Robinson.  No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this **24**th day of May, 2012,

**ORDERED** that the Report and Recommendation [24] filed on May 11, 2012, in the above-captioned case is hereby **ADOPTED**, and accordingly, Defendant's supervised release is revoked.  It is

**FURTHER ORDERED** that a Sentence shall be addressed and imposed at a Court hearing on June 13, 2012, at 9:30 a.m. in Courtroom 28A.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)



Copies to:

Shaw Moore, Esq.
Karla Dee-Clark, AUSA
Steve Bolton, US Probation Officer
Magistrate Judge Deborah Robinson